Rocco A. TELESE, Plaintiff, Appellant,

v.

Joseph INTERNICOLA, et al., Defendants, Appellees.

No. 01–1139.

United States Court of Appeals, First Circuit.

Oct. 2, 2001.

Leonard B. HARMON, Plaintiff, Appellant,

v.

Bennie K. BULLOCK, et al., Defendants, Appellees.

No. 00–2435.

United States Court of Appeals, First Circuit.

Oct. 9, 2001.

Rocco A. Telese, on brief, pro se.

James W. Simpson, Jr. and Merrick, Louison & Costello, on brief, for appellees.

Before BOUDIN, Chief Judge, TORRUELLA and SELYA, Circuit Judges.

PER CURIAM.

Having carefully reviewed *de novo* the summary judgment dismissal of plaintiff's complaint in light of the briefs and the record on appeal, we *affirm* substantially for the reasons stated in the district court's memorandum decision. Loc. R. 27(c).

*Affirmed.*